# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:21-cr-16-TPB-NPM

ROBERT WILLIAM SANCHEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Nicholas P. Mizell, United States Magistrate Judge, entered on March 22, 2022. (Doc. 66). Judge Mizell recommends that Defendant's "Motion to Dismiss" (Doc. 33) and "Motion to Suppress Evidence and Memorandum of Law" (Doc. 32) be denied. On April 5, 2022, Defendant filed an objection. (Doc. 70).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C).

Upon due consideration of the record, including Judge Mizell's report and recommendation, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Mizell's detailed and well-reasoned factual findings

and legal conclusions. Consequently, the motion to dismiss and motion to suppress are denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Mizell's report and recommendation (Doc. 66) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Defendant's "Motion to Dismiss" (Doc. 33) is hereby **DENIED**.

(3) Defendant's "Motion to Suppress Evidence and Memorandum of Law" (Doc. 32) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Fort Myers, Florida, this 19th day of April, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**